# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARCIA G. FLEMING, individually, as representative of a class of participants and beneficiaries of the Rollins, Inc. 401(k) Savings Plan and Western Industries Retirement Savings Plan, | |
| Plaintiffs, | |
| v. | CASE NO. 1:19-cv-05732-WMR |
| ROLLINS, INC., AS ADMINISTRATOR OF THE ROLLINS, INC. 401(K) SAVINGS PLAN; WESTERN INDUSTRIES NORTH, AS ADMINISTRATOR OF THE WESTERN INDUSTRIES RETIREMENT SAVINGS PLAN; THE ADMINISTRATIVE COMMITTEE OF THE ROLLINS, INC. 401(K) SAVINGS PLAN; THE ADMINISTRATIVE COMMITTEE OF THE WESTERN INDUSTRIES RETIREMENT SAVINGS PLAN; THE INVESTMENT COMMITTEE OF THE ROLLINS, INC. 401(K) SAVINGS PLAN; THE INVESTMENT COMMITTEE OF THE WESTERN INDUSTRIES RETIREMENT SAVINGS PLAN; AND JOHN DOES 1-30, | |
| Defendants. | |

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a. Marcia G. Fleming, individually, as representative of a class of participants and beneficiaries of the Rollins, Inc. 401(k) Savings Plan and Western Industries Retirement Savings Plan (Plaintiff);

    b. Rollins, Inc. (Defendant);

    c. Western Industries-North, LLC (Defendant).[1]

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    a. Entities named as Defendants in the Complaint but not served:

        1. The Administrative Committee of the Rollins, Inc. 401(k) Savings Plan;

        2. The Administrative Committee of the Western Industries Retirement Savings Plan;

---

[1] Western Industries-North, LLC is a wholly owned subsidiary of Rollins, Inc., which is a public company. There is no publicly traded entity that owns at least 10 percent of Rollins, Inc. stock.

    3. The Investment Committee of the Rollins, Inc. 401(k) Savings Plan;[2]

    4. The Investment Committee of the Western Industries Retirement Savings Plan.[3]

  b. Individual members of the aforementioned Administrative Committees during the relevant period:

    1. Eddie Northen

    2. John Wilson

    3. Jerry Gahlhoff

    4. James Benton

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

  a. Paul J. Sharman, The Sharman Law Firm LLC

  b. Jon D. Pels, Pels Law Firm

  c. W. Bard Brockman, Bryan Cave Leighton Paisner LLP

  d. Michael P. Carey, Bryan Cave Leighton Paisner LLP

  e. Ann W. Ferebee, Bryan Cave Leighton Paisner LLP

  f. Jeffrey S. Russell, Bryan Cave Leighton Paisner LLP (*pro hac vice* pending)

  g. Meredith Jacobowitz, Bryan Cave Leighton Paisner LLP (*pro hac vice* pending)

---

[2] The Investment Committee of the Rollins, Inc. 401(k) Savings Plan does not exist.

[3] The Investment Committee of the Western Industries Retirement Savings Plan does not exist.

Respectfully submitted this 20th day of April, 2020.

        **BRYAN CAVE LEIGHTON PAISNER LLP**

        */s/ W. Bard Brockman*
        W. Bard Brockman, Georgia Bar No. 084230
        bard.brockman@bclplaw.com
        Michael P. Carey, Georgia Bar No. 109364
        michael.carey@bclplaw.com
        Ann Ferebee, Georgia Bar No. 431941
        Ann.ferebee@bryancave.com
        One Atlantic Center, 14th Floor
        1201 West Peachtree Street, N.W.
        Atlanta, Georgia  30309
        Telephone: (404) 572-6600
        Facsimile: (404) 572-6999


        Jeffrey S. Russell (*pro hac vice* pending)
        jsrussell@bclplaw.com
        Meredith Jacobowitz (*pro hac vice* pending)
        meredith.jacobowitz@bclplaw.com
        211 North Broadway, Suite 3600
        St. Louis, Missouri  63102
        Telephone: (314) 259-2000
        Facsimile: (314) 259-2020

        *Attorney for Rollins, Inc. and Western Industries-North, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 20th day of April, 2020.

>  */s/ W. Bard Brockman*
>  W. Bard Brockman
>  Georgia Bar No. 084230
>
>  *Attorney for Rollins, Inc. and Western Industries-North, LLC*