# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARCIA G. FLEMING, individually, as representative of a class of participants and beneficiaries of the Rollins, Inc. 401(k) Savings Plan and Western Industries Retirement Savings Plan,<br><br>    Plaintiffs,<br><br>v.<br><br>ROLLINS, INC., AS ADMINISTRATOR OF THE ROLLINS, INC. 401(K) SAVINGS PLAN; WESTERN INDUSTRIES NORTH, AS ADMINISTRATOR OF THE WESTERN INDUSTRIES RETIREMENT SAVINGS PLAN; THE ADMINISTRATIVE COMMITTEE OF THE ROLLINS, INC. 401(K) SAVINGS PLAN; THE ADMINISTRATIVE COMMITTEE OF THE WESTERN INDUSTRIES RETIREMENT SAVINGS PLAN; THE INVESTMENT COMMITTEE OF THE ROLLINS, INC. 401(K) SAVINGS PLAN; THE INVESTMENT COMMITTEE OF THE WESTERN INDUSTRIES RETIREMENT SAVINGS PLAN; AND JOHN DOES 1-30,<br><br>    Defendants. | CASE NO. 1:19-cv-05732-WMR |

**DEFENDANTS ROLLINS, INC. AND WESTERN**
**INDUSTRIES-NORTH, LLC'S MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Rollins, Inc. and Western Industries-North, LLC[1] ("Defendants") hereby move to dismiss Plaintiff's Complaint [Doc. 1]. As set forth more fully in the accompanying Memorandum of Law, (1) Plaintiff's claims are barred by her failure to exhaust her administrative remedies prior to filing suit; (2) Plaintiff fails to assert allegations establishing Plaintiff has constitutional standing to pursue any claims; (3) the Complaint is a "shotgun pleading" that fails to meet the standards of Federal Rule 8(a); (4) the Complaint fails to state a plausible claim for breach of fiduciary duty; (5) the Complaint fails to allege any plausible claim for failure to monitor, breach of loyalty, or that a prohibited transaction occurred; and (6) Plaintiff's claims are barred by ERISA's six-year statute of repose to the extent they are based on allegations of conduct occurring prior to December 20, 2013.

WHEREFORE, for the reasons set forth in the Memorandum, Defendants respectfully request that the Court dismiss the Complaint in its entirety.

Respectfully submitted this 20th day of April, 2020.

---

[1] Western-Industries, North, LLC was misidentified in the Complaint as Western Industries North.

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ W. Bard Brockman*
W. Bard Brockman, Georgia Bar No. 084230
bard.brockman@bclplaw.com
Michael P. Carey, Georgia Bar No. 109364
michael.carey@bclplaw.com
Ann Ferebee, Georgia Bar No. 431941
Ann.ferebee@bryancave.com
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999


Jeffrey S. Russell (*pro hac vice* pending)
jsrussell@bclplaw.com
Meredith Jacobowitz (*pro hac vice* pending)
meredith.Jacobowitz@bclplaw.com
211 North Broadway, Suite 3600
St. Louis, Missouri  63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

*Attorney for Rollins, Inc. and Western Industries-North, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **DEFENDANTS ROLLINS, INC. AND WESTERN INDUSTRIES-NORTH, LLC'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 20th day of April, 2020.

                                                */s/ W. Bard Brockman*
                                                W. Bard Brockman
                                                Georgia Bar No. 084230

                                                *Attorney for Rollins, Inc. and Western Industries-North, LLC*