IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Marcia G. Fleming,** individually, as representative of a class of participants and beneficiaries of the Rollins, Inc. 401(k) Savings Plan and Western Industries Retirement Savings Plan,<br><br>    Plaintiff,<br><br>        v.<br><br><br>**Rollins, Inc.,** as Administrator of The Rollins, Inc., 401(k) Savings Plan**, et al.,**<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:19-cv-05732-WMR |

## ORDER

The undersigned **RECUSES** himself from the above-styled action. The daughter of one of the individually named defendants, John Wilson, interned with the undersigned and is also now an associate in the undersigned's former law firm. The Clerk of Court is directed to reassign this matter in accordance with internal operating procedures.

**IT IS SO ORDERED**.

Dated: May 19, 2020

*William M. Ray II* (signature)
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE