UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARCIA G. FLEMING,
        Plaintiff,

vs.

ROLLINS, INC. et al.,
        Defendants.

CIVIL ACTION FILE

NO.  1:19-cv-5732-ELR

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Defendants Rollins, Inc., Western Industries-North, Paul Northern, John Wilson, Jerry Gahlhoof, James Benton, A. Keith Payne, and Teresa Smith's Motion to Dismiss Plaintiff's Amended Complaint and the court having granted said motion in part on November 23, 2020, it is

**Ordered and Adjudged** that the action be, and the same is hereby, **DISMISSED**.

Dated at Atlanta, Georgia, this 23rd day of November, 2020.

JAMES N. HATTEN
CLERK OF COURT

By:   s/ Jordyn Dobbins
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 23, 2020
James N. Hatten
Clerk of Court

By:   s/ Jordyn Dobbins
      Deputy Clerk